```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MAINE
```

<u>Samuel Hooker</u>

   v.                                     Civil No. 12-cv-346-JNL

<u>United States of America, and</u>
<u>United States Marshals Service</u>

## <u>REPORT AND RECOMMENDATION</u>

Hooker has filed a motion to amend (doc. no. 27), seeking permission to amend his complaint at an unspecified future date. The motion contains neither any indication of the nature of the amendment Hooker seeks to make, nor a proposed amended complaint, and thus fails to comply with Rule 15(a) of the Federal Rules of Civil Procedure. Accordingly, the motion should be denied without prejudice to filing a motion to amend the complaint that complies with that rule.

Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. <u>See</u> <u>United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011), <u>cert. denied</u>, 132 S. Ct. 1045 (2012); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st

Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

                                          _____
                                          Landya McCafferty
                                          United States Magistrate Judge
                                          Sitting by designation

June 27, 2013

cc:   Samuel Hooker, pro se

LBM:jba