UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Hooker

  v.
                           Civil No. 12-cv-346-JL

USA et al


O R D E R


    No objection having been filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated
December 18, 2013.  "'[O]nly those issues fairly raised by the
objections to the magistrate's report are subject to review in the
district court and those not preserved by such objection are
precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co.,
617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also
United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after
proper notice, failure to file a specific objection to magistrate's
report will waive the right to appeal).

    SO ORDERED.

                               _____
                               Joseph N. Laplante
                               Chief Judge


Date: January 13, 2014

cc:  JOHN G. OSBORN, AUSA
     SAMUEL HOOKER , PRO SE