UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Samuel Hooker

    v.                                Civil No. 12-cv-346-JNL

United States et al.[1]

**REPORT AND RECOMMENDATION**

Before the Court is Plaintiff's Declaration for Entry of Default (doc. no. 53), which has been referred to this Magistrate Judge. Defendants object (doc. no. 57).

**DISCUSSION**

Hooker seeks an entry of default in this matter, claiming that Defendants have failed to timely answer the complaint. The four individual defendants in this matter were served on either May 22, 2014, or May 30, 2014, and, as federal employees sued in their individual capacities, were not required to answer the complaint until sixty days after service, see Fed. R. Civ. P. 12(a)(3), placing the answer deadlines at July 21, 2014, and

---

[1] The defendants named as to the claims remaining in this case are United States Marshals Service ("USMS") employees Jesse Belanger, Spencer Christie, Clairmont Forde, Andrew LeConte, and two John Does, sued in their individual capacities. The claims asserted against the United States and the USMS have been dismissed. See Doc. Nos. 36 and 38.

July 29, 2014.  In any event, on July 11, 2014, this Court issued an order (doc. no. 63) granting Defendants' Motion to Extend Deadline to Respond to Complaint (doc. no. 62), allowing Defendants until August 8, 2014, to file an answer or other responsive pleading in this matter.  Accordingly, no Defendant is in default in this matter and the requested entry of default should be denied.

## CONCLUSION

For the foregoing reasons, Hooker's Declaration for Entry of Default (doc. no. 53) should be denied.  Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

                                            _____
                                            Andrea K. Johnstone
                                            United States Magistrate Judge

July 23, 2014

cc: Samuel Hooker, pro se
    John G. Osborn, Esq.